JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELECIA R. CHEVIS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 5:18-cv-00728-CAS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

DATED: April 3, 2019

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE